**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAKIMA C. APPLING,

                Plaintiff,                             19 **CIVIL** 10145 (BCM)

        -v-                                           **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                         Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 18, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including further evaluation of Dr. Lewandowski's medical opinion and Plaintiff's residual functional capacity; Plaintiff will be offered the opportunity for a new hearing and a new decision will be issued.

**Dated:**  New York, New York
            June 19, 2020

                                                              **RUBY J. KRAJICK**
                                                           _____
                                                              **Clerk of Court**
                                        **BY:**
                                                               **Deputy Clerk**